UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGUEL A. PEREZ; and OMAYRA
MONTES,

    Plaintiffs,

v.                                                  Case No. 6:19-cv-1154-Orl-37EJK

U.S. LEADER RESTAURANTS, INC.;
and TONY CAPLEY,

    Defendants.
_____

## **ORDER**

    Plaintiffs sued their former employers for failure to pay minimum wage and overtime in violation of the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 40 ("**Motion**"); Doc. 40-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends granting the Motion, finding the settlement sums in the Agreement are fair and reasonable. (Doc. 41 ("**R&R**").)

    The parties don't object to the R&R. (Doc. 42, 43.) As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 41) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Joint Motion and Stipulation for Approval of Settlement and for Dismissal with Prejudice (Doc. 40) is **GRANTED.**

3. The Agreement (Doc. 40-1) is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 21, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record